UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                   CRIMINAL NO. 5:23-cr-00009-DCB-LGI

ERIN ALLEN

**ORDER**

      This cause having come on for consideration on the joint request of the defendant, Erin Allen, and the government to continue the trial of this cause on grounds that the defendant's case may be disposed of without the necessity of trial in that the defendant has been offered the opportunity to enter into a pretrial diversion program; that the defendant has expressly acknowledged approval of the delay of trial and requested waiver of the provisions of the Speedy Trial Act; and that the request was made pursuant to Title 18, United States Code, Section 3161(h)(2), wherein any period of delay during the prosecution is deferred by the attorney for the government pursuant to a written agreement with the defendant, with the approval of the Court, may be permitted for the purpose of allowing the defendant to demonstrate his good conduct.

      THERFORE, the Court is of the opinion and so finds that defendant's request for a continuance of this matter and defendant's request for waiver to time limitations under the Speedy Trial Act should be granted; that the ends of justice served by granting a continuance herein outweigh the best interest of the public and the defendant in a speedy trial and the failure to grant the continuance would result in a miscarriage of justice.

      IT IS THEREFORE ORDERED AND ADJUDGED that the request to continue this matter and the defendant's request to waive the provisions of the Speedy Trial Act be and hereby are granted until further order of this Court.

IT IS FURTHER ORDERED AND ADJUDGED that matter is continued to the term of Court beginning on  March 4, 2024 .

SO ORDERED, this the  4th  day of  January , 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE

*Princess Abby*
Attorney for the Defendant

*Kimberly Purdie*
Assistant U.S. Attorney